```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney        JS - 6
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail: Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO.  SACV 07-588 DOC (ANx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CONSENT JUDGMENT OF FORFEITURE |
| $245,025.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| DAVID DIAZ AND KORTNIE O'CONNOR, | ) | |
| Claimants. | ) | |

This action was filed on May 22, 2007. Notice was given and published in accordance with law. Claimants David Diaz and Kortnie O'Connor filed claims opposing forfeiture and answers on June 27, 2007. No other claims or answers have been filed, and the time for

filing such claims and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $220,025.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein. The Department of Homeland Security, U.S. Customs and Border Protection is ordered to dispose of said assets in accordance with law.

4. $12,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant David Diaz. Said funds shall be forwarded by check made payable to "Ronald Richards Attorney Client Trust Account" and shall be mailed to Ronald Richards, Ronald Richards & Associates, P.O. Box 11480, Beverly Hills, California 90213.

5. $12,500.00 of the defendant currency, without any

1 | | interest earned by the government on that amount, shall
2 | | be returned to claimant Kortnie O'Connor. Said funds
3 | | shall be forwarded by check made payable to "Ronald
4 | | Richards Attorney Client Trust Account" and shall be
5 | | mailed to Ronald N. Richards, Esq., Ronald Richards &
6 | | Associates, P.O. Box 11480, Beverly Hills, California
7 | | 90213.
8 | 6. | Claimant hereby releases the United States of America,
9 | | its agencies, agents, and officers, including employees
10 | | and agents of the Department of Homeland Security, U.S.
11 | | Customs and Border Protection and California Department
12 | | of Justice-Bureau of Narcotics Enforcement, from any and
13 | | all claims, actions or liabilities arising out of or
14 | | related to this action, including, without limitation,
15 | | any claim for attorney's fees, costs or interest which
16 | | may be asserted on behalf of the claimants, whether
17 | | pursuant to 28 U.S.C. § 2465 or otherwise.
18 | 7. | Plaintiff, United States of America, agrees that it will
19 | | not seek to recover civil sanctions (except to the extent
20 | | that the forfeiture of the defendant currency can be
21 | | considered a civil sanction), attorney's fees or costs in
22 | | connection with this action or the underlying seizure.
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

8.  The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 13, 2008

*/s/ David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: May 13, 2008          THOMAS P. O'BRIEN
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              /s/ Frank D. Kortum
                              _____
                              FRANK D. KORTUM
                              Assistant United States Attorney
                              Asset Forfeiture Section

                              Attorneys for Plaintiff
                              United States of America

Dated: May 12, 2008          RONALD RICHARDS & ASSOCIATES

                                   /s/ Ronald Richards, Esq.
                              _____
                              RONALD N. RICHARDS
                              Counsel for Claimants
                              DAVID DIAZ and KORTNIE O'CONNOR